IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOW ROCKWELL LLC, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-02069-MMC<br><br>**ORDER TO SHOW CAUSE** |

On March 31, 2022, plaintiff Securities and Exchange Commission filed the above-titled action, after which, on October 7, 2022, defendant Richard Dow Rockwell, appearing pro se, filed an answer, purportedly on behalf of himself and defendant Dow Rockwell LLC.

It is well-settled that "[c]orporations and other unincorporated associations must appear in court through an attorney." See In re Am. W. Airlines, 40 F.3d 1058, 1059 (9th Cir. 1994); see also Osgood v. Main Streat Mktg., LLC, 2017 WL 7362740, at *2 (S.D. Cal. Mar. 27, 2017) (holding defendant LLC could not proceed without counsel).

Accordingly, no later than November 3, 2022, defendant Dow Rockwell LLC shall either appear by counsel or show cause in writing why its default should not be entered.

**IT IS SO ORDERED.**

Dated: October 13, 2022

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge